JOSEPH H. HUNT
Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
BRIDGET BAILEY LIPSCOMB
Assistant Director
ADAM BAIN
Senior Trial Counsel
MICHELE S. GREIF (D.C. Bar #464034)
CAROLINE STANTON
Trial Attorneys
Civil Division, Torts Branch
P. O. Box 340
Washington, D.C. 20044
Telephone: (202) 353-2492
FAX: (202) 616-4473
Email: michele.greif@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREASURE ISLAND FORMER AND CURRENT RESIDENTS, ANDRE PATTERSON, FELITA SAMPLE, Including All Parties Listed in Paragraph 1 of Complaint and Doe Plaintiffs 1-2000, on behalf of themselves, and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TREASURE ISLAND DEVELOPMENT AUTHORITY; TREASURE ISLAND HOMELESS DEVELOPMENT INITATIVE; SHAW ENVIRONMENTAL; U.S. NAVY TREASURE ISLAND CLEAN UP DIRECTOR JIM SULLIVAN, in his individual capacity; U.S. NAVY TREASURE ISLAND CLEAN UP PROJECT MANAGER DAVID CLARK, in his individual capacity; U.S. NAVY REPRESENTATIVE KEITH FORMAN, in his individual capacity; TETRA TECH EC, INC.; DAN L. BATRACK, in his individual capacity; STATE DEPARTMENT OF TOXIC SUBSTANCE CONTROL; SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH; LENNAR INC; FIVE POINT HOLDINGS, LLC.; JOHN STEWART COMPANY and | Case No.<br><br>**CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)** |

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)
Case No.                                                   1

| | |
|---|---|
| 1 | DOES 1-100 inclusive,       ) |
| 2 |       Defendants.        ) |

I, Sara Winslow, hereby certify as follows:

1. I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to direction from David L. Anderson, the United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.4, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his or her employment with reference to the matters alleged in the suit.

2. I have reviewed the complaint in the above-captioned action. On the basis of that document and certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by virtue of the authority vested in me as set forth above, I hereby certify that Jim Sullivan, David Clark, and Keith Forman are current or former employees of U.S. Navy and were acting within the scope of their employment with the Navy at all times material to the incidents alleged in this action.

DATE: February 20, 2020

                                                        *[signature]*
                                                        SARA WINSLOW
                                                        Chief, Civil Division