J. PATRICK GLYNN
Director, Torts Branch
BRIDGET BAILEY LIPSCOMB
Assistant Director
ADAM BAIN
Senior Trial Counsel
MICHELE S. GREIF
CAROLINE STANTON
LORREN M. PATTON
MO. Bar No. 72959
Trial Attorneys
Civil Division, Torts Branch
P. O. Box 340
Washington, D.C. 20044
Telephone: (202) 598-0219
FAX: (202) 616-4473
Email: Lorren.M.Patton@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREASURE ISLAND FORMER AND CURRENT RESIDENTS, ANDRE PATTERSON; PELITA SAMPLE, Including All Parties Listed in Paragraph 1 of Complaint and Doe Plaintiffs 1-2000, on behalf of themselves, and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>TREASURE ISLAND DEVELOPMENT AUTHORITY; TREASURE ISLAND HOMELESS DEVELOPMENT INITATIVE; SHAW ENVIRONMENTAL; U.S. NAVY TREASURE ISLAND CLEAN UP DIRECTOR JIM SULLIVAN, in his individual capacity; U.S. NAVY TREASURE ISLAND CLEAN UP PROJECT MANAGER DAVID CLARK, in his individual capacity; | CASE NO. 3:20-cv-01328<br><br><br><br><br><br><br><br><br>NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL LORREN M. PATTON FOR DEFENDANT UNITED STATES |

| | |
|---|---|
| U.S. NAVY REPRESENTATIVE KEITH FORMAN, in his individual capacity; TETRA TECH EC, INC.; DAN L. BATRACK, in his individual capacity; STATE DEPARTMENT OF TOXIC SUBSTANCE CONTROL; SAN FANCISCO DEPARTMENT OF PUBLIC HEALTH; LENNAR INC; FIVE POINT HOLDINGS, LLC; JOHN STEWART COMPANY and DOES 1-100 inclusive,<br>                    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN: PLEASE TAKE NOTICE THAT THE CLERK is hereby requested that Lorren M. Patton, currently listed as an attorney of record for the United States, be withdrawn as an attorney of record for the United States. Defendant United States will continue to be represented in this case by counsel listed in the above caption. Therefore, it is respectfully requested that Ms. Patton be removed from the Court's electronic service list for this case.

Lorren M. Patton
Trial Attorney
U.S. Department of Justice

Email: Lorren.M.Patton@usdoj.gov
Phone: (202) 598-0219
Fax: (202) 616-4473

| Street Address | U.S. Mail Address |
|---|---|
| 175 N Street NE, Ste. 11.109 | P.O. Box 340, Ben Franklin Station |
| Washington, DC 20002 | Washington, DC 20044 |

DATED: September 16, 2021        J. PATRICK GLYNN
                                 Director, Torts Branch

                                 BRIDGET BAILEY LIPSCOMB
                                 Assistant Director, Torts Branch

|   |   |
|---|---|
| 1 |   |
| 2 | */s/ Lorren M. Patton* |
|   | Lorren M. Patton |
| 3 | MO. Bar No. 72959 |
| 4 | ADAM BAIN |
| 5 | MICHELE S. GRIEF |
|   | CAROLINE STANTON |
| 6 | Trial Attorneys |
|   | U.S. Department of Justice |
| 7 | P. O. Box 340 |
| 8 | Washington, D.C. 20044 |
|   | Telephone: (202) 598-0219 |
| 9 | FAX: (202) 616-4473 |
|   | Lorren.M.Patton@usdoj.gov |
| 10 |   |
| 11 | *Attorneys for Defendant United States* |

NOTICE OF APPEARANCE
Case No. 3:20-cv-01328                                                                -2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice, and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing NOTICE OF APPEARANCE to be served on counsel of record by the Court's Electronic Case Filing System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 16, 2021 at Arlington, VA.

*/s/ Lorren M. Patton*
Lorren M. Patton